### 31649. WRIGHT v. GREENE.

PER CURIAM,

There being no transcript of evidence, this court cannot find that the trial judge abused his discretion in

this child custody case.
*Judgment affirmed. All the Justices concur.*

SUBMITTED OCTOBER 15, 1976 — DECIDED
JANUARY 6, 1977.

David T. Wright, Sr., *pro se.*
*King, Phillips & Associates,* for appellee.